**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6985**

COREY DEANDRE HOOD,

Plaintiff - Appellant,

v.

BUREAU OF PRISONS; BELLAMY, Lieutenant; WHITE, R&D Officer; WRIGHT, Correction Officer; OWENS, Correction Officer; MULLINS, Correction Officer; SLONE/SLOAN, Correction Officer; PARSONS, Lieutenant; LAFAVE, Lieutenant; LIVELY, Lieutenant; HANGER, Associate Warden; LIEU, Associate Warden; BRECKON, Warden; JANE DOE, Chief Psychologist; PARKER, Nurse; CAUDILL, Nurse; BROWN, Disciplinary Hearing Officer; WHITE, SHU Officer; JANE DOE, Nurse; HOLBROOK, Correction Officer; JOHN DOE, Nurse; MITCHELL, Correction Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:20-cv-00402-MFU-JCH)

Submitted:  October 29, 2021                    Decided:  November 22, 2021

Before NIEMEYER, AGEE, and FLOYD, Circuit Judges.

Remanded by unpublished per curiam opinion.

Corey DeAndre Hood, Appellant Pro Se. Sara Bugbee Winn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey DeAndre Hood appeals the district court's order dismissing his case without prejudice for failing to inform the court of his address of record. After noting his appeal, Hood timely filed a motion to reconsider the district court's order, which remains pending in the district court. The district court subsequently filed a notice indicating its inclination to grant Hood's motion. Consistent with Fed. R. App. P. 12.1(b) and *Fobian v. Storage Tech. Corp.*, 164 F.3d 887, 890-91 (4th Cir. 1999), we remand for the limited purpose of allowing the district court to consider Hood's pending motion for reconsideration. After the district court has made its ruling, the record, as supplemented, will then be returned to this court for further consideration. In ordering this remand, we express no opinion as to the merits of Hood's motion.

*REMANDED*